No. 63633.—The A. W. Fenton Co. and Cunard S. S. Co., Ltd. v. United States, protest 229541–K (New York).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of other linoleum the same in all material respects as that the subject of *United States* v. *Pacific Overseas Co. et al.* (42 C.C.P.A. 1, C.A.D. 559), the claim of the plaintiffs was sustained.